BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00302-LJO-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JOSE AMBRIZ-CRUZ, and<br>        aka Jesus Mercado,<br>GABRIEL CARDENAS-RUIZ, | |
| Defendants. | |

Based upon the plea agreements entered into between United States of America and defendants Jose Ambriz-Cruz aka Jesus Mercado and Gabriel Cardenas-Ruiz, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853, defendants Jose Ambriz-Cruz aka Jesus Mercado and Gabriel Cardenas-Ruiz' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately $8,900.00 in U.S. Currency found in a black suitcase located in bedroom #2 at 1809 N. Encina Street, Visalia, California;

   b. Approximately $1,100.00 in U.S. Currency found on a dresser shelf in bedroom #1 at 1809 N. Encina Street, Visalia, California;

   c. Approximately $700.00 in U.S. Currency found in bedroom #2 at 1809 N. Encina

1  Street, Visalia, California;

2    d. Approximately $4,880.00 in U.S. Currency found in a "Journey" bag in the master
3  bedroom under the box spring at 619 W. Harold Street, Visalia, California;

4    e. Approximately $7,640.00 in U.S. Currency found in the master bedroom closet at 619
5  W. Harold Street, Visalia, California;

6    f. Approximately $300.00 in U.S. Currency found in bedroom #2 at 619 W. Harold
7  Street, Visalia, California;

8    g. Approximately $200.00 in Mexican Pesos found in bedroom #2 at 619 W. Harold
9  Street, Visalia, California;

10   h. Approximately $710.00 in U.S. Currency found in a wallet located on the person of
11 Defendant Jose Ambriz-Cruz (aka Jesus Mercado) at 619 W. Harold Street, Visalia,
12 California.

13  2. The above-listed assets are property constituting, or derived from, any proceeds the
14 person obtained, directly or indirectly, was used, or intended to be used, in any manner or part, to
15 commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C).

16  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to
17 seize the above-listed property. The aforementioned property shall be seized and held by the United
18 States Forest Service in its secure custody and control.

19  4. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish
20 notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a
21 designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be
22 posted for at least 30 consecutive days on the official internet government forfeiture site
23 www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice
24 to any person known to have alleged an interest in the property that is the subject of the order of
25 forfeiture as a substitute for published notice as to those persons so notified.

26   b. This notice shall state that any person, other than the defendant, asserting a legal
27 interest in the above-listed property, must file a petition with the Court within sixty (60) days from the

28

PRELIMINARY ORDER OF FORFEITURE    2

first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, in which all interests will be addressed.

6. The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated:   **August 28, 2014**           **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE