BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>    v.<br><br>JOSE AMBRIZ-CRUZ, and<br>         aka Jesus Mercado,<br>GABRIEL CARDENAS-RUIZ,<br><br>                         Defendants. | CASE NO.  1:13-CR-00302-LJO-SKO<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on August 28, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Jose Ambriz-Cruz aka Jesus Mercado and Gabriel Cardenas-Ruiz, in the following property:

      a.  Approximately $8,900.00 in U.S. Currency found in a black suitcase located in bedroom #2 at 1809 N. Encina Street, Visalia, California;

      b.  Approximately $1,100.00 in U.S. Currency found on a dresser shelf in bedroom #1 at 1809 N. Encina Street, Visalia, California;

      c.  Approximately $700.00 in U.S. Currency found in bedroom #2 at 1809 N. Encina Street, Visalia, California;

      d.  Approximately $4,880.00 in U.S. Currency found in a "Journey" bag in the master bedroom under the box spring at 619 W. Harold Street, Visalia, California;

   e. Approximately $7,640.00 in U.S. Currency found in the master bedroom closet at 619 W. Harold Street, Visalia, California;

   f. Approximately $300.00 in U.S. Currency found in bedroom #2 at 619 W. Harold Street, Visalia, California;

   g. Approximately $710.00 in U.S. Currency found in a wallet located on the person of Defendant Jose Ambriz-Cruz (aka Jesus Mercado) at 619 W. Harold Street, Visalia, California.

  AND WHEREAS, beginning on February 24, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired;

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of Jose Ambriz-Cruz aka Jesus Mercado and Gabriel Cardenas-Ruiz.

  2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

  3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

 Dated: **June 18, 2015**     /s/ Lawrence J. O'Neill
                UNITED STATES DISTRICT JUDGE